| | |
|---|---|
| 1 | LAW OFFICE OF MARK E. MERIN |
| | Mark E. Merin, SBN 043849 |
| 2 | Cathleen A. Williams, SBN 068029 |
| | 2001 P Street, Suite 100 |
| 3 | Sacramento, CA 95814 |
| | Telephone: 916/443-6911 |
| 4 | Facsimile: 916/447-8336 |
| | E-Mail: mark@markmerin.com |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | |
| | DANA McRAE, SBN: 142231 |
| 7 | County Counsel, County of Santa Cruz |
| | JULIA ANN HILL, SBN: 178672 |
| 8 | Assistant County Counsel |
| | 701 Ocean Street, Room 505 |
| 9 | Santa Cruz, CA 95060-4068 |
| | Telephone: 831/454-2040 |
| 10 | Facsimile: 831/454-2115 |
| | E-Mail: CSL046@co.santa-cruz.ca.us |
| 11 | |
| | Attorneys for Defendants |
| 12 | SANTA CRUZ COUNTY and SANTA CRUZ |
| | COUNTY SHERIFF STEVE ROBBINS |

—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

—o0o—

| | |
|---|---|
| DENNIS BUTLER, on behalf of himself and all those similarly situated; | CASE NO: CV 07-00941 JF |
| | **STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| Plaintiffs, | |
| v. | DATE: May 25, 2007 |
| | TIME: 10:30 a.m. |
| SANTA CRUZ COUNTY; SANTA CRUZ COUNTY SHERIFF STEVE ROBBINS, in his Individual and Official Capacities; SANTA CRUZ COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50; and ROES 1 THROUGH 20 | CTRM: 3, 5th Floor |
| | JUDGE: Hon. Jeremy Fogel |
| Defendants. | |

Page 1

DENNIS BUTLER, et al. vs. COUNTY OF SANTA CRUZ, et al.    USDC, Northern District, San Jose Division, Case No. CV 07-00941

JOINT CASE MANAGEMENT STATEMENT

1    IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the
2 parties hereto, that the Case Management Conference currently set for May 25, 2007, be continued
3 to July 6, 2007, at 10:30 a.m., in Courtroom 3, 5th Floor, before the Honorable Jeremy Fogel.
4    The reason for this request is plaintiff's counsel, Mark E. Merin, has had a family emergency
5 and will be leaving the state Wednesday, May 23, 2007, to travel to Pennsylvania to attend the
6 funeral of his father. Although Mr. Merin will be returning by June 1, 2007, he has previously
7 scheduled court appearances, depositions and a vacation on each Friday during the month of June
8 and his first available Friday for a continued Case Management Conference is July 6, 2007. Julia
9 Hill, counsel for defendants, is available on July 6, 2007, for a continued Case Management
10 Conference.
11    The parties respectfully request the Court continue the Case Management Conference to July
12 6, 2007, or some other date thereafter which may be more convenient for the Court.

13 DATED: May 23, 2007            Respectfully submitted,

14                    LAW OFFICE OF MARK E. MERIN

15                        /s/ - "Mark E. Merin"
                    BY:_____
16                        Mark E. Merin
                        Attorney for Plaintiff

17
18 DATED: May 23, 2007            DANA McRAE, COUNTY COUNSEL

                        /s/ - "Julia Hill"
19                    BY:_____
                        JULIA HILL
20                        Assistant County Counsel
                        Attorney for Defendants
21

**ORDER**

22
23    IT IS HEREBY ORDERED that the Case Management Conference presently set for May 25,
24 2007, be continued to Friday, July 6, 2007, at 10:30 a.m.

DATED:  5/24/2007
25
                        _____
26                        HON. JEREMY FOGEL
                        JUDGE, UNITED STATES DISTRICT COURT
27                        NORTHERN DISTRICT
                        SAN JOSE DIVISION
28
S:\WpWork\Strip Search Cases\Butler, Dennis\Pleadings\Stip Req to Reset CMC.wpd