**E-filed 10/24/07**

1 | LAW OFFICE OF MARK E. MERIN
Mark E. Merin, State Bar No. 043849
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiff, DENNIS BUTLER

DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115
Email: jason.heath@co.santa-cruz.ca.us

Attorneys for Defendants
SANTA CRUZ COUNTY and SANTA CRUZ
COUNTY SHERIFF STEVE ROBBINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS BUTLER on behalf of himself and all those similarly situated;<br><br>     Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY; SANTA CRUZ COUNTY SHERIFF STEVE ROBBINS, in his Individual and Official Capacities; SANTA CRUZ COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50; and ROES 1 THROUGH 20,<br><br>     Defendants. | Case No. C 07-00941 JF<br><br>**STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE;** [~~PROPOSED~~] **ORDER**<br><br>DATE:     November 16, 2007<br>TIME:     10:30 a.m.<br>CTRM:    3, 5th Floor<br>JUDGE:   Hon. Jeremy Fogel |

\\\

\\\

*Butler v. County of Santa Cruz, et al.*, Case No. C07-00941 JF
STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE

-1-

1   IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Case Management Conference currently set for November 16, 2007, be continued to one of the following dates or to some other date which may be convenient for the Court.

January 11, 2008 , at 10:30 a.m.

January 18, 2008, at 10:30 a.m.

January 25, 2008, at 10:30 a.m.

There are two reasons for this request.  First, plaintiff's counsel, Mark E. Merin, has a previously scheduled Final Fairness Hearing in a class action lawsuit (*Schaffer v. Alameda County, et al.*, USDC, ND 3:06-cv-00310-MMC) scheduled for that same day at 9:00 a.m. in the United States District Court, Northern District, San Francisco.  Secondly, the parties have scheduled private mediation for December 4 and 5, 2007, and feel that holding a Case Management Conference prior to mediation would not be the best use of judicial time.

The parties respectfully request the Court continue the Case Management Conference to one of the dates listed above, or to some other date thereafter which may be more convenient for the Court.

DATED: October 22, 2007              Respectfully submitted,

LAW OFFICE OF MARK E. MERIN

BY: /s/ - "Mark E. Merin"
    Mark E. Merin
    Attorney for Plaintiff

DATED: October 22, 2007              DANA McRAE, COUNTY COUNSEL

BY: /s/ - "Jason M. Heath"
    JASON M. HEATH
    Assistant County Counsel
    Attorney for Defendants

*Butler v. County of Santa Cruz, et al.*, Case No. C07-00941 JF
STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE
-2-

# ORDER

IT IS HEREBY ORDERED that the Case Management Conference presently set for November 16, 2007, be continued to Friday, __12/14/07_____, ~~2008~~, at 10:30 a.m.

DATED:___10/24/07_____

HON. JEREMY FOGEL
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
SAN JOSE DIVISION

*Butler v. County of Santa Cruz, et al.*, Case No. C07-00941 JF
STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE
-3-