LAW OFFICE OF MARK E. MERIN
Mark E. Merin, State Bar No. 043849
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiff, DENNIS BUTLER

DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115
Email: jason.heath@co.santa-cruz.ca.us

Attorneys for Defendants
SANTA CRUZ COUNTY and SANTA CRUZ
COUNTY SHERIFF STEVE ROBBINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DENNIS BUTLER on behalf of himself and all those similarly situated;<br><br>      Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY; SANTA CRUZ COUNTY SHERIFF STEVE ROBBINS, in his Individual and Official Capacities; SANTA CRUZ COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50; and ROES 1 THROUGH 20,<br><br>      Defendants. | Case No. C 07-00941 JF<br><br>**STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:   April 25, 2008<br>Time:  10:30 a.m.<br>Ctrm:  3 |

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Case Management Conference currently set for April 25, 2008, be continued to a date that is convenient for the Court. The reasons for this request are as follows. After four

*Butler v. County of Santa Cruz, et al.*, Case No. C07-00941 JF                                                                Stipulation and [Proposed] Order
-1-

days of private mediation, the parties have tentatively settled this class action strip search case. The parties are currently working on a Stipulation of Settlement that will be taken to the County's Board of Supervisors for approval. Once that is completed, the parties intend to jointly file a motion for approval of the settlement. The parties hope to have the motion on file by the end of May.

Dated: March 28, 2008                LAW OFFICE OF MARK E. MERIN

                                     By:    /S/  MARK E. MERIN
                                            MARK E. MERIN
                                            Attorneys for Plaintiff, DENNIS BUTLER

Dated: March 28, 2008                DANA McRAE, COUNTY COUNSEL

                                     By:    /S/  JASON M. HEATH
                                            JASON M. HEATH
                                            Assistant County Counsel
                                            Attorneys for Defendants

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Case Management Conference presently set for April 25, 2008 is continued to ___6/6/08 at 10:30 AM___.

IT IS SO ORDERED.

Dated: ___4/1/08___                  _____
                                     HON. JEREMY FOGEL
                                     UNITED STATES DISTRICT JUDGE