LAW OFFICE OF MARK E. MERIN
Mark E. Merin, State Bar No. 043849
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiff, DENNIS BUTLER

DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115
Email: jason.heath@co.santa-cruz.ca.us

Attorneys for Defendants
SANTA CRUZ COUNTY and SANTA CRUZ
COUNTY SHERIFF STEVE ROBBINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DENNIS BUTLER on behalf of himself and all those similarly situated;<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY; SANTA CRUZ COUNTY SHERIFF STEVE ROBBINS, in his Individual and Official Capacities; SANTA CRUZ COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50; and ROES 1 THROUGH 20,<br><br>    Defendants. | Case No. C 07-00941 JF<br><br>**STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:   June 20, 2008<br>Time:   10:30 a.m.<br>Ctrm:   3 |

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Case Management Conference currently set for June 20, 2008, be continued to a date that is convenient for the court. The reasons for this request are as follows. On June 10,

1  2008, the Santa Cruz County Board of Supervisors approved the Stipulation of Settlement in this
2  class action strip search case.  The parties intend to jointly file a request for preliminary approval of
3  the stipulated settlement by July 1, 2008.  The parties do not believe that there is any need for a case
4  management conference before the court considers their request for preliminary approval.

6  Dated: June 10, 2008                    LAW OFFICE OF MARK E. MERIN

8                                          By:   /S/  MARK E. MERIN
                                                 MARK E. MERIN
9                                                Attorneys for Plaintiff, DENNIS BUTLER

11 Dated: June 10, 2008                    DANA McRAE, COUNTY COUNSEL

13                                         By:   /S/  JASON M. HEATH
                                                 JASON M. HEATH
14                                               Assistant County Counsel
                                                 Attorneys for Defendants

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference presently set for June 20, 2008 is continued to August 15, 2008 at 10:30                          .

IT IS SO ORDERED.

Dated:    6/16/08                          _____
                                           HON. JEREMY FOGEL
                                           UNITED STATES DISTRICT JUDGE