**E-filed 7/17/08**

LAW OFFICE OF MARK E. MERIN
Mark E. Merin, State Bar No. 043849
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiff, DENNIS BUTLER

DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115
Email: jason.heath@co.santa-cruz.ca.us

Attorneys for Defendants
SANTA CRUZ COUNTY and SANTA CRUZ
COUNTY SHERIFF STEVE ROBBINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DENNIS BUTLER on behalf of himself and all those similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY; SANTA CRUZ COUNTY SHERIFF STEVE ROBBINS, in his Individual and Official Capacities; SANTA CRUZ COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50; and ROES 1 THROUGH 20,<br><br>Defendants. | Case No. C 07-00941 JF<br><br>**STIPULATED REQUEST TO VACATE CASE MANAGEMENT CONFERENCE;** [~~**PROPOSED**~~] **ORDER**<br><br>Date:   August 15, 2008<br>Time:  10:30 a.m.<br>Ctrm:  3 |

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Case Management Conference currently set for August 15, 2008, be vacated. The reasons for this request are as follows. On July 7, 2008, the Court executed the order for

preliminary approval of settlement of this class action.  The parties are in the process of notifying the public of the settlement.  The Bar Date for submission of claims is December 18, 2008 and the Fairness Hearing is set for January 16, 2009.  The parties do not envision a need to consult with the Court further before the Fairness Hearing.  If such a need arises, the parties will contact the Court.  Accordingly, the parties do not believe that there is any need for a further case management conference before the Fairness Hearing and jointly request that the Court vacate the hearing set for August 15, 2008.

Dated: July 11, 2008                                    LAW OFFICE OF MARK E. MERIN

                                                                    By:     /S/  MARK E. MERIN
                                                                                MARK E. MERIN
                                                                                Attorneys for Plaintiff, DENNIS BUTLER


Dated: July 11, 2008                                    DANA McRAE, COUNTY COUNSEL

                                                                    By:     /S/  JASON M. HEATH
                                                                                JASON M. HEATH
                                                                                Assistant County Counsel
                                                                                Attorneys for Defendants


## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference presently set for August 15, 2008 is vacated.

IT IS SO ORDERED.

Dated:   7/17/08                                         _____
                                                                    HON. JEREMY FOGEL
                                                                    UNITED STATES DISTRICT JUDGE