**E-Filed 1/19/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS BUTLER, on behalf of himself and all those similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SANTA CRUZ COUNTY, et al.,<br><br>　　　　　　　　Defendant. | Case No.  07-cv-00941 JF<br><br>ORDER[1] RE BUTLER SETTLEMENT CLASS CLAIMS |

On January 28, 2009, the Court granted final approval of settlement in this action. The Court is in receipt of a letter from Deborah Castro dated December 1, 2010, stating that Edmund J. Castro is a member of the settlement class and has not received a settlement payment to which he is entitled. Ms. Castro asks that this payment be made directly to her. The Clerk is hereby directed to enter the letter on the docket.

The settlement approved by the Court approximately two years ago contains detailed claim procedures. *See* Settlement Agreement, Dkt. 33 at ¶¶ 52-54. To the extent that Ms. Castro seeks to assert a claim on behalf of or challenge the denial of Edmund J. Castro's claim, she has

---

[1] This disposition is not designated for publication in the official reports.

1 not shown either that Edmund J. Castro has complied with the claim procedures in the
2 Settlement Agreement or that she has standing to challenge the Claim Administrator's
3 determination.
4    Before the Court can act on her request, Ms. Castro must follow the procedures set forth
5 in the Settlement Agreement, a copy of which is attached. In addition, because she herself is not
6 a member of the settlement class, she must explain why she is entitled to a payment that
7 otherwise would be made to Edmund J. Castro.

**IT IS SO ORDERED.**

DATED: 1/19/2011

_____
JEREMY FOGEL
United States District Judge

2

Case No. C07-cv-00941 JF
ORDER RE BUTLER SETTLEMENT CLASS CLAIMS
(JFLC3)

1 | Copies of this Order have been served on the following persons:

2 | Deborah Castro
3 | 957 A Paula St.
  | San Jose, CA  95126
4 |
5 |
...

3

Case No.  C07-cv-00941 JF
ORDER RE BUTLER SETTLEMENT CLASS CLAIMS
(JFLC3)